# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
ABB Enterprise Software, Inc., f/k/a Ventyx )     ASBCA No. 60314
)
Under Contract No. N00174-05-C-0038 )

APPEARANCES FOR THE APPELLANT:     Jeanne A. Anderson, Esq.
      Washington, DC

      Jeffrey M. Young, Esq.
      Chief Counsel
      Raleigh, NC

APPEARANCES FOR THE GOVERNMENT:     Craig D. Jensen, Esq.
      Navy Chief Trial Attorney
      Henry Karp, Esq.
      Rachel J. Goldstein, Esq.
      Trial Attorneys

## OPINION BY ADMINISTRATIVE JUDGE KINNER

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeal is sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $600,000.00. This amount is inclusive of interest. No further interest shall be paid.

Dated: July 11, 2018

DONALD E. KINNER
Administrative Judge
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I concur

OWEN C. WILSON
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals


I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA No. 60314, Appeal of ABB Enterprise Software, Inc., f/k/a Ventyx, rendered in conformance with the Board's Charter.

Dated:


JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals

2